Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−23338−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Frank Hernandez
  805 Cypress Lane
  East Brunswick, NJ 08816

Social Security No.:
  xxx−xx−5879

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/29/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 29, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 20-23338-MBK

Frank Hernandez                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 3

Date Rcvd: Jul 29, 2021                       Form ID: 148                          Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Hernandez, 805 Cypress Lane, East Brunswick, NJ 08816-5251 |
| 519040852 | | CBNA, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57117 |
| 519040851 | + | Capital One Bank, PO Box 98873, Attn: Bankrutpcy, Las Vegas, NV 89193-8873 |
| 519040864 | | Santander Bank, PO Box 12649, Reading, PA 19612-2649 |
| 519040863 | + | Santander Bank, Attn: Bankrutpcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519116405 | + | Santander Bank NA, 450 Penn Street, Reading, PA 19602-1011 |
| 519040871 | + | TD Bank, 222 N. Lasalle Street, Chicago, IL 60601-1003 |
| 519040872 | | TD Bank, 322 N. Casalle Street, Suite 1700, Chicago, IL 60601 |
| 519106062 | | Township of East Brunswick, 117 Tices Lane, East Brunswick, NJ 08816 |
| 519040873 | | Wells Fargo, 1 Home Campus MAC X2303-01A, Des Moines, IA 50306 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519040846 | + | Email/Text: defaultspecialty.us@bbva.com | Jul 29 2021 20:30:00 | BBVA, PO Box 10566, Attn: Bankruptcy, Birmingham, AL 35296-0001 |
| 519115315 | + | Email/Text: defaultspecialty.us@bbva.com | Jul 29 2021 20:30:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296-0001 |
| 519040847 | + | EDI: CITICORP.COM | Jul 30 2021 00:33:00 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 519070609 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 29 2021 20:50:33 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519040848 | + | EDI: CAPITALONE.COM | Jul 30 2021 00:33:00 | Capital One, PO Box 30285, Attn: Bankrutpcy, Salt Lake City, UT 84130-0285 |
| 519040850 | + | EDI: CAPITALONE.COM | Jul 30 2021 00:33:00 | Capital One Bank, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519077341 | + | EDI: AIS.COM | Jul 30 2021 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519077360 | + | EDI: AIS.COM | Jul 30 2021 00:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519110517 | | EDI: CITICORP.COM | Jul 30 2021 00:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519040853 | + | EDI: CITICORP.COM | Jul 30 2021 00:33:00 | Citibank/The Home Depot, PO Box 790034, Attn: SRVS/Centralized BK Dept, Saint Louis, MO |

| | | | |
|---|---|---|---|
| | | | 63179-0034 |
| 519040854 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 29 2021 20:50:26 | Credit One Bank, PO Box 98873, Attn: Bankruptcy Department, Las Vegas, NV 89193-8873 |
| 519052697 | EDI: DISCOVER.COM | Jul 30 2021 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519040855 | + EDI: DISCOVER.COM | Jul 30 2021 00:33:00 | Discover Financial Services, PO Box3025, Attn: Bankruptcy, New Albany, OH 43054-3025 |
| 519040856 | Email/Text: billing@ecommission.com | Jul 29 2021 20:30:00 | eCommission Financial Services, 11612 Bee Caves Road, Bldg II; Ste 200, Austin, TX 78738 |
| 519040857 | + EDI: HFC.COM | Jul 30 2021 00:33:00 | HSBC Bank, PO Box 2013, Attn: Bankrutpcy, Buffalo, NY 14240-2013 |
| 519103670 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2021 20:50:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519040858 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 29 2021 20:50:24 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519040860 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2021 20:30:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 519111082 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2021 20:30:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519115022 | EDI: PRA.COM | Jul 30 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519115021 | EDI: PRA.COM | Jul 30 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519115020 | EDI: PRA.COM | Jul 30 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519040859 | EDI: RMSC.COM | Jul 30 2021 00:33:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 519040861 | + Email/Text: bankruptcy@prosper.com | Jul 29 2021 20:30:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519114503 | + Email/Text: bncmail@w-legal.com | Jul 29 2021 20:30:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519040865 | EDI: RMSC.COM | Jul 30 2021 00:33:00 | SYNCB, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 519040866 | + EDI: RMSC.COM | Jul 30 2021 00:33:00 | Syncb/Citgo, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519113004 | + EDI: RMSC.COM | Jul 30 2021 00:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519042123 | + EDI: RMSC.COM | Jul 30 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519040867 | + EDI: RMSC.COM | Jul 30 2021 00:33:00 | Synchrony Bank/Amazon, PO Box 965060, Attn: Bankruptcy Dept, Orlando, FL 32896-5060 |
| 519040869 | + EDI: RMSC.COM | Jul 30 2021 00:33:00 | Synchrony Bank/Gap, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 519040870 | + EDI: RMSC.COM | Jul 30 2021 00:33:00 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy Dept, Orlando, FL 32896-5060 |
| 519059101 | EDI: WFFC.COM | Jul 30 2021 00:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jul 29, 2021 | Form ID: 148 | Total Noticed: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519040849 | *+ | Capital One, PO Box 30285, Attn: Bankrutpcy, Salt Lake City, UT 84130-0285 |
| 519040862 | *+ | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519040868 | *+ | Synchrony Bank/Amazon, PO Box 965060, Attn: Bankruptcy Dept, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Frank Hernandez cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6